WENDY J. OLSON, IDAHO STATE BAR 7634
UNITED STATES ATTORNEY
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 E. PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

DEC -8 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STACY DUANE WILFONG, ) <br> ELIZABETH ANN GAYTAN, ) <br> JOCELIN JESSICA GONZALEZ, ) <br> DAVID ANTHONY WALES, ) <br> ANTHONY JAMES KITCHEN, ) <br> JOHN MATTHEW CAVINESS, Jr., ) <br> BREEANNYN NICOLE PEDERSON, ) <br> ADAM WILLIAM DILLON, ) <br> REGINA WADE, ) <br> ISELA F. GARZA, and ) <br> JASON LEE BURGESS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:15-cr-00214-EJL <br><br> **SUPERSEDING INDICTMENT** <br><br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) <br> 21 U.S.C. § 846 <br> 21 U.S.C. § 853 |

The Grand Jury charges:

## COUNT ONE

**Conspiracy to Distribute Controlled Substances
21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846**

SUPERSEDING INDICTMENT - 1

From on or about January, 2015, and continuing until on or about September, 2015, in the District of Idaho and elsewhere, the defendants, STACY DUANE WILFONG, ELIZABETH ANN GAYTAN, JOCELIN JESSICA GONZALEZ, DAVID ANTHONY WALES, ANTHONY JAMES KITCHEN, JOHN MATTHEW CAVINESS, Jr., BREEANNYN NICOLE PEDERSON, ADAM WILLIAM DILLON, REGINA WADE, ISELA F. GARZA, and JASON LEE BURGESS, knowingly and intentionally conspired and agreed with each other, and with other named and unnamed persons, to commit the following offenses against the United States: distribution of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, distribution of oxycodone, a Schedule II controlled substance, distribution of hydromorphone, a Schedule II controlled substance, distribution of alpha-pyrrolidinopentiophenone (α-PVP), a Schedule I controlled substance, and distribution of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

## COUNT TWO

### Possession of Methamphetamine with Intent to Distribute
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about May 8, 2015, in the District of Idaho, the defendant, JOCELIN JESSICA GONZALEZ, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853(a)(1) and (2)

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendants, STACY DUANE WILFONG, ELIZABETH ANN GAYTAN, JOCELIN JESSICA GONZALEZ, DAVID ANTHONY WALES, ANTHONY JAMES KITCHEN, JOHN MATTHEW CAVINESS, Jr., BREEANNYN NICOLE PEDERSON, ADAM WILLIAM DILLON, REGINA WADE, ISELA F. GARZA, and JASON LEE BURGESS, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendants obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses including but not limited to the following:

**A.** **Cash Proceeds:** At least $10,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendants, and as to which the defendants are jointly and severally liable.

**B.** **Real Property and Proceeds Thereof:** All right, title and interest in land and appurtenances and improvements, including buildings and residences, and proceeds of sale thereof, more fully described below:

SUPERSEDING INDICTMENT - 3

1. Real property located at 4903 E Orchard Avenue, Nampa, Canyon County, Idaho, being parcel number R23785503 0, and more particularly described as:

> Lot 4, Block 1, LAST ORCHARD SUBDIVISION, ACCORDING TO THE PLAT THEREOF, FILED IN BOOK 17 OF PLATS AT PAGE 25, RECORDS OF CANYON COUNTY, IDAHO

C. **Personal Property:** All right, title and interest in the following personal property:

   1. Approximately $11,956.00 in United States Currency;
   2. 2007 Mazda RX8 Coupe, VIN: JM1FE173170211638; and
   3. 2006 Harley Davidson (Springer-custom) VIN ID012968.

D. **Firearms:**

   1. IM-Metal Model: XD45 Compact, CAL: 45, bearing serial number MG624371;
   2. Remington Arms Co. Model 870, CAL: 45, bearing serial number T952070V;
   3. Smith & Wesson Model: Unknown Type, CAL: Unknown, bearing no serial number;
   4. Colt, Model: Unknown, CAL: Unknown, bearing serial number: 54015D;
   5. Glock Inc., Model: 22, CAL: 40, bearing serial number: KMG856;
   6. Intratec, Model: TECDC9, CAL: 9, bearing serial number: 0030327.

E. **Ammunition:** Any ammunition associated with the above firearms, including but not limited to the following:

SUPERSEDING INDICTMENT - 4

      a.      4 Glock Magazines;

      b.      Forty-Nine (49) rounds of unknown ammunition, CAL: 38;

      c.      Twenty (20) rounds of unknown ammunition, CAL: 12;

      d.      Seventeen (17) rounds of unknown ammunition, CAL: 762;

      e.      Fifty (50) rounds of unknown ammunition, CAL: 9;

      f.      Fifty-two (52) rounds of unknown ammunition, CAL: 45; and

      g.      Eight hundred and eighty-seven 887rounds of unknown ammunition, CAL: Unknown.

**F.** **Substitute Assets**: If any of the property described above, as a result of any act or omission of the defendants:

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred or sold to, or deposited with, a third party;

    c.    Has been placed beyond the jurisdiction of the court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), incorporated by 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Respectfully submitted this   8th   day of December, 2015.

SUPERSEDING INDICTMENT - 5

A TRUE BILL

*/s/ [signature on reverse]*
---
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:


_____
CHRISTOPHER S. ATWOOD
ASSISTANT U.S. ATTORNEY

SUPERSEDING INDICTMENT - 6