AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _____ Idaho _____

UNITED STATES OF AMERICA

V.

_Osela F. Garza_
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case CR 15-214-S-EJL-10

Upon motion of the _defendant's request to continue_____, it is ORDERED that a detention hearing is set for __12/22/15__* at __11:00 AM__
                        Date                               Time

before __Larry M. Boyle__, U.S. Magistrate Judge
          Name of Judicial Officer

__Boise, Idaho__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
_____) and produced for the
Other Custodial Official

Date: __12/16/15__                               _____
                                                  Judicial Officer